# United States District Court

DISTRICT OF KANSAS

In the Matter of the Seizure of:

Eighteen Electronic Accounts Identified On
Attachment B, Stored At Yahoo Inc.,
770 Broadway, 9th Floor, New York, NY 10003

**SEIZURE WARRANT**

**CASE NO: 24-mj-08145-TJJ**

<u>**UNDER SEAL**</u>

TO: Jerad Hall, Authorized Officer of the United States:

An affidavit having been made before me by Special Agent Jerad Hall who has reason to believe that in the District of Kansas or elsewhere and within the jurisdiction of the United States pursuant to 18 U.S.C. § 981(b)(3), there is now certain property which is subject to forfeiture to the United States, namely:

Eighteen Seventeen Electronic Accounts Identified On Attachment B, Stored At Yahoo Inc.,
770 Broadway, 9th Flor, New York, NY 10003.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(G), 18 U.S.C. § 982(a), and 28 U.S.C. § 2461 for violations of Title 18, U.S.C. §§ 371, 1030, and 1956(h) .

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime ─ 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable case has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to any United States District Court Judge or Magistrate Judge.

July 24, 2024, at 9:04 a.m.     at    Topeka, Kansas
Date and Time Issued                 City and State

*Rachel Schwartz* (signature)

THE HONORABLE RACHEL E. SCHWARTZ
United States Magistrate Judge

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
|  |  |  |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

## CERTIFICATION

[If returned in front of Judge]

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Signed: _____

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S. Judge or Magistrate           Date

[If Judge not present]

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _____

Executed on [date]: _____

# INDEX

| Email | Paragraph |
|---|---|
| raajivkum26@gmail.com | ¶ 29, 30, 32, 33, 49 |
| songvedembmt1@gmail.com | ¶ 32 |
| daviddpedroo999@gmail.com | ¶ 32 |
| david.0000.paul@gmail.com | ¶ 32 |
| kopasrsele@gmail.com | ¶ 32, 33 |
| coinhakohuobi@gmail.com | ¶ 32 |
| kasurkurma20feb@gmail.com | ¶ 32 |
| busisyhasi@gmail.com | ¶ 32 |
| jamie.dornan05@gmail.com | ¶ 32 |
| asitdolui6666@gmail.com | ¶ 33, 49 |
| tayronqxhardy07@gmail.com | ¶ 34 |
| leeboreas@gmail.com | ¶ 35 |
| vkr5731@gmail.com | ¶ 36 |
| duttapritom78@gmail.com | ¶ 36 |
| nirmhanpandiri@gmail.com | ¶ 37 |
| nicolas6999999@gmail.com | ¶ 38 |
| reneefletcher1988@gmail.com | ¶ 39 |
| whas1985@yahoo.com | ¶ 27, 28, 29, 30, 35, 36, 39, 40, 41, 42, 46, 47, 48 |
| wj0705@yahoo.com | ¶ 41 |
| rajusandhipeta@yahoo.com | ¶ 42 |
| rajeshchatarghi@yahoo.com | ¶ 43 |
| murthyvenu@yahoo.com | ¶ 44 |
| rudhraduppatla@yahoo.com | ¶ 44 |
| jeevanmannepu@yahoo.com | ¶ 45 |
| kiranvanasathi@yahoo.com | ¶ 46, 47 |
| letitiajpoland@yahoo.com | ¶ 36, 46 |
| jainathmanoj@yahoo.com | ¶ 36, 46 |
| ramsethul@yahoo.com | ¶ 46 |
| vardhan_girish@yahoo.com | ¶ 47 |
| kiranvaghi@yahoo.com | ¶ 47 |
| nandhankorada@yahoo.com | ¶ 47 |
| karthivalasa@yahoo.com | ¶ 47 |
| raginishraina@yahoo.com | ¶ 47 |
| pranithkanakala@yahoo.com | ¶ 47 |
| shivanghjain@yahoo.com | ¶ 47 |
| reneeafletcher@mail.com | ¶ 39, 48 |
| tomson.wedner@mail.com | ¶ 29, 33, 49 |

# ATTACHMENT A

I. <u>**Seizure Procedure**</u>

    A.    The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

    B.    Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

    C.    The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

II. <u>**Subject Provider**</u>

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043

III. <u>**Target Accounts**</u>

raajivkum26@gmail.com
songvedembmt1@gmail.com
daviddpedroo999@gmail.com
david.0000.paul@gmail.com
kopasrsele@gmail.com
coinhakohuobi@gmail.com
kasurkurma20feb@gmail.com
busisyhasi@gmail.com
jamie.dornan05@gmail.com
asitdolui6666@gmail.com
tayronqxhardy07@gmail.com
leeboreas@gmail.com
vkr5731@gmail.com
duttapritom78@gmail.com
nirmhanpandiri@gmail.com
nicolas6999999@gmail.com
reneefletcher1988@gmail.com

# ATTACHMENT B

### I.  Seizure Procedure

A.  The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B.  Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C.  The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

### II.  Subject Provider

Yahoo Inc., 770 Broadway, 9th Floor, New York, NY 10003

### III.  Target Accounts

whas1985@yahoo.com
wj0705@yahoo.com
rajusandhipeta@yahoo.com
rajeshchatarghi@yahoo.com
murthyvenu@yahoo.com
rudhraduppatla@yahoo.com
jeevanmannepu@yahoo.com
kiranvanasathi@yahoo.com
letitiajpoland@yahoo.com
jainathmanoj@yahoo.com
ramsethul@yahoo.com
vardhan_girish@yahoo.com
kiranvaghi@yahoo.com
nandhankorada@yahoo.com
karthivalasa@yahoo.com
raginishraina@yahoo.com
pranithkanakala@yahoo.com
shivanghjain@yahoo.com

# ATTACHMENT C

## I. Seizure Procedure

A. The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B. Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C. The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

## II. Subject Provider

IONOS Inc. (1&1Mail & Media, Inc. (Mail.com)), Two Logan Square, 100 N. 18th Street, Suite 400, Philadelphia, PA 19103

## III. Target Accounts

reneeafletcher@mail.com
tomson.wedner@mail.com

# APPENDIX A: LIST OF WARRANTS ISSUED IN THIS INVESTIGATION TO DATE

<u>Seizure Warrants</u>

22-mj-08087-ADM

24-mj-08113-ADM

24-mj-08124-ADM

<u>Search Warrants</u>

21-mj-08180-TJJ

21-mj-08258-JPO

21-mj-08262-JPO

21-mj-08263-JPO

21-mj-08269-TJJ

22-mj-08005-TJJ

22-mj-08011-TJJ

22-mj-08012-JPO

22-mj-08035-TJ

22-mj-08036-TJJ

22-mj-08041-TJJ

22-mj-08042-TJJ

22-mj-08057-TJJ

22-mj-08062-TJJ

22-mj-08066-TJJ

22-mj-08070-TJJ

22-mj-08089-ADM

22-mj-08090-TJJ

22-mj-08091-TJJ

22-mj-08092-TJJ

22-mj-08093-ADM

22-mj-08098-ADM

22-mj-08150-ADM

22-mj-08177-TJJ

22-mj-08209-TJJ

22-mj-08210-TJJ

22-mj-08211-TJJ

22-mj-08249-TJJ

22-mj-08250-ADM

22-mj-08251-ADM

22-mj-08252-TJJ

22-mj-08253-TJJ

22-mj-08257-ADM

22-mj-08258-TJJ

23-mj-08035-TJJ

23-mj-08043-TJJ

23-mj-08052-TJJ

23-mj-08054-TJJ

23-mj-08055-TJJ