# United States District Court

## DISTRICT OF KANSAS

In the Matter of the Seizure of:

Eighteen Electronic Accounts Identified On
Attachment B, Stored At Yahoo Inc.,
770 Broadway, 9th Floor, New York, NY 10003

**SEIZURE WARRANT**

CASE NO: 24-mj-08145-TJJ

<u>**UNDER SEAL**</u>

TO: Jerad Hall, Authorized Officer of the United States:

    An affidavit having been made before me by Special Agent Jerad Hall who has reason to believe that in the District of Kansas or elsewhere and within the jurisdiction of the United States pursuant to 18 U.S.C. § 981(b)(3), there is now certain property which is subject to forfeiture to the United States, namely:

Eighteen Seventeen Electronic Accounts Identified On Attachment B, Stored At Yahoo Inc.,
770 Broadway, 9th Flor, New York, NY 10003.

    I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(G), 18 U.S.C. § 982(a), and 28 U.S.C. § 2461 for violations of Title 18, U.S.C. §§ 371, 1030, and 1956(h).

    YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable case has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to any United States District Court Judge or Magistrate Judge.


July 24, 2024, at 9:04 a.m.      at      Topeka, Kansas
Date and Time Issued                  City and State

*Rachel Schwartz* (signature)

THE HONORABLE RACHEL E. SCHWARTZ
United States Magistrate Judge

# ATTACHMENT B

## I. Seizure Procedure

A. The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B. Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C. The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

## II. Subject Provider

Yahoo Inc., 770 Broadway, 9th Floor, New York, NY 10003

## III. Target Accounts

whas1985@yahoo.com
wj0705@yahoo.com
rajusandhipeta@yahoo.com
rajeshchatarghi@yahoo.com
murthyvenu@yahoo.com
rudhraduppatla@yahoo.com
jeevanmannepu@yahoo.com
kiranvanasathi@yahoo.com
letitiajpoland@yahoo.com
jainathmanoj@yahoo.com
ramsethu1@yahoo.com
vardhan_girish@yahoo.com
kiranvaghi@yahoo.com
nandhankorada@yahoo.com
karthivalasa@yahoo.com
raginishraina@yahoo.com
pranithkanakala@yahoo.com
shivanghjain@yahoo.com

| RETURN ||| 
|---|---|---|
| DATE WARRANT RECEIVED<br>7/24/2024 | DATE AND TIME WARRANT EXECUTED<br>7/24/2024 at 1:10 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Yahoo, Inc. |
| INVENTORY MADE IN THE PRESENCE OF<br>N/A |||

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

On 7/25/2024 Yahoo confirmed the following accounts were locked down:

- whas1985@yahoo.com
- mj0705@yahoo.com
- rajusandhipeta@yahoo.com
- rajeshchatarghi@yahoo.com
- murthyvenu@yahoo.com
- rudhraduppatla@yahoo.com
- jeevanmannepu@yahoo.com
- kiranvanasathi@yahoo.com
- letitiajpoland@yahoo.com
- jainathmanoj@yahoo.com
- ramsethul@yahoo.com
- vardhan-girish@yahoo.com
- kiranvaghi@yahoo.com
- nandhankorada@yahoo.com
- karthivalasa@yahoo.com
- raginishraina@yahoo.com
- pranithkanakala@yahoo.com
- shivanghjain@yahoo.com

\* See attached email confirmation from Yahoo.

**CERTIFICATION**

[If returned in front of Judge]

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Signed: _____

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate   Date

[If Judge not present]

I declare under penalty of perjury that the foregoing is true and correct.

Signed: *[signature]* Jean Will Hall
Executed on [date]: 7/25/2024

### [EXTERNAL EMAIL] - Re: [E] Re: Service of Seizure Warrant 24-08145-TJJ on 7/24/2024

**Karen Vukson <karen.vukson@yahooinc.com>**
Thu 7/25/2024 3:45 PM

To: Brown, George (NSD) (JMD) <George.Brown3@usdoj.gov>
Cc: karen.vukson@verizonmedia.com <karen.vukson@verizonmedia.com>;lawenforcement-inquiries@yahooinc.com <lawenforcement-inquiries@yahooinc.com>;Hall, Jerad W. (KC) (FBI) <jwhall@fbi.gov>;Freeman, Sydnee Maria (KC) (FBI) <SMFreeman@FBI.GOV>;Gupta, Neeraj (NSD) (JMD) <Neeraj.Gupta@usdoj.gov>

Hello,

All accounts were locked down yesterday. Please let me know if you have any further questions.

Best regards,
Karen



**Karen Vukson**
Senior Manager
Legal | Law Enforcement Response Team
**11955 Democracy Dr. 14th Floor**
Reston, VA 20190
M: 571-512-2144


On Thu, Jul 25, 2024 at 3:44 PM Brown, George (NSD) <George.Brown3@usdoj.gov> wrote:
> Yahoo LE and counsel,
>
> We'd appreciate an update on this matter. I'm happy to answer any questions.
>
> Thank you,
> George
>
>> On Jul 24, 2024, at 1:22 PM, Brown, George (NSD) <George.Brown3@usdoj.gov> wrote:
>>
>>
>> Karen and Yahoo Law Enforcement,
>>
>> I'm a trial attorney in the National Security Cyber Section of DOJ's National Security Division. We have a national security cyber threat that has involved the use of Yahoo email accounts. We are coordinating seizures, along with other U.S. government and private sector actions. We respectfully request that you comply with the seizure warrant (lock the accounts as described in Attachment B) **today**, if possible. Please feel free to contact me with any questions.
>>
>>
>> Thank you very much,
>>
>> George
>>
>>
>> George S. Brown
>> Trial Attorney
>> National Security Cyber Section (NatSec Cyber)

U.S. Department of Justice, National Security Division

Cell: (202) 251-7550

---

**From:** Jerad Hall <jwhall@fbi.gov>
**Sent:** Wednesday, July 24, 2024 1:18 PM
**To:** lawenforcement-inquiries@yahooinc.com
**Cc:** Sydnee Freeman <SMFreeman@FBI.GOV>; Brown, George (NSD) <George.Brown3@usdoj.gov>; Gupta, Neeraj (NSD) <Neeraj.Gupta@usdoj.gov>
**Subject:** Service of Seizure Warrant 24-08145-TJJ on 7/24/2024

Yahoo Inc. Legal Team [Oath],

The Seizure Warrant, 24-08145-TJJ, was served via your portal today, 7/24/2024 at approximately 1:10pm Central Time.

The following Case Reference Number was provided after submission: 581944.

Seizure Warrant was not an option in the dropdown menu, so Search Warrant was selected. However, please not this is a Seizure Warrant.

Attached, please find a digital copy of the Seizure Warrant served via your portal. If there are any issues with this submission, I may be contacted via telephone number at (714) 837-6036 or via email at jwhall@fbi.gov.

We are respectfully requesting immediate action be taken to seize (lock) the aforementioned accounts associated with this Seizure Warrant.

Please confirm receipt of this communication.

Thank you,

Jerad


V/R,




SA Jerad W. Hall

Kansas City Division

Cell: 714-837-6036

<24-08145-TJJ Yahoo Seizure Order - 7-24-2024.pdf>